IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABRAHAM BEEHARNHA<br>GAYETAYE,<br><br>            Defendant. | Case No. 1:26-mj-262 |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Calvin Nguyen, being duly sworn, depose and state:

1.      I am an Officer with the United States Park Police, and have been employed in that position since July 2003. I have received specialized training through the Federal Law Enforcement Training Center ("FLETC") and have conducted numerous law enforcement arrest for administrative and criminal violations within federal land. My duties as a United States Park Police Officer include the investigation of violations of the federal regulations under Title 36, as well as violations of the United States Code, including Title 18 offenses, and Virginia State Code, and, as warranted, seeking prosecution of offenders.

2.      This affidavit is submitted in support of a criminal complaint for Abraham Beebarnha Gayetaye (hereinafter referred to as "GAYETAYE"), in connection with a violation of 18 U.S.C. § 111(a) and (b) (assaulting, resisting, impeding federal law enforcement officer(s) causing physical contact and bodily injury while such officer(s)

were performing their duties) that took place inside of Arlington House at the Arlington National Cemetery.

3.      The statements in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other officers involved in this investigation, and the statements of Staff Sergeant Joint Base Myer Henderson Hall ("SSG JBMHH") Victim-1 and others who were on scene. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the government of the United States.

<u>**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**</u>

4.      On July 13, 2026, GAYETAYE was arrested at Arlington House at the Arlington National Cemetery after an employee of the National Park Service observed GAYETAYE on camera footage making unlawful entry into Arlington House. United States Park Police arrested GAYETAYE for trespassing. GAYETAYE did not have his driver's license or any other form of identification with him at the time of arrest. GAYETAYE was fingerprinted, and United States Park Police Officer Jonathan Eells identified him through his fingerprints, which were associated with a unique FBI number, and law enforcement databases. GAYETAYE was given a citation for unlawful trespassing under 36 C.F.R. § 2.31(a)(1) with a court date.

5.      On July 14, 2026, the same employee of the National Park Service called the United States Park Police Communications line at or around 7:04 a.m., stating that an individual was inside of Arlington House at Arlington National Cemetery. The employee checked camera footage inside of Arlington House and saw an individual's leg in one of

2

the beds. The employee also noticed that an alarm at Arlington House went off at or around 3:35 a.m.

6.    Shortly after, your affiant responded to a dispatch call to Arlington House in response to the call made by the National Park Service employee. Your affiant went inside of Arlington House with Victim-1 and the employee of the National Park Service. Your affiant and Victim-1 saw a black male, later identified as GAYETAYE, lying in a bed within a second-floor bedroom. Victim-1 informed GAYETAYE that he was not permitted to be on the property and told GAYETAYE that he needed to get up from the bed. GAYETAYE got up from the bed and walked to your affiant and Victim-1 at the doorway of the second-floor bedroom.

7.    Victim-1 notified GAYETAYE that he was under arrest and attempted to handcuff GAYETAYE. GAYETAYE pushed his arm out toward Victim-1 and resisted arrest. Victim-1 attempted to subdue GAYETAYE by forcing him back in to the second-floor bedroom. After a struggle, Victim-1 fell to the ground with GAYETAYE. Your affiant and Victim-1 attempted to subdue GAYETAYE and GAYETAYE was ordered to stop resisting. GAYETAYE continued to resist arrest.

8.    Your affiant further attempted to arrest GAYETAYE while GAYETAYE continued to resist arrest. After a period of time, your affiant handcuffed GAYETAYE's left hand. Victim-1 and your affiant continued to order GAYETAYE to stop resisting. GAYETAYE ignored their commands and continued to resist by not providing his right arm for your affiant to place in handcuffs and attempting to pull his left hand away from your affiant.

3

9.    While Victim-1 was on the ground and your affiant was trying to secure GAYETAYE's other arm in handcuffs, GAYETAYE grabbed at Victim-1's neck and throat. Victim-1 sustained scratches on his neck and chin that were bleeding. He also sustained a cut on right index finger and abrasions and scratches on his right elbow. Victim-1 experienced pain in his right shoulder and back. During Victim-1's attempts to subdue GAYETAYE, Victim-1 felt GAYETAYE pulling on the right side of his torso, near his belt, where Victim-1's service weapon was located.

10.    After that, your affiant successfully handcuffed GAYETAYE's right hand. Additional Fort Myer Police Department officers were eventually able to secure GAYETAYE and place him under arrest.

11.    Victim-1 was on duty at the time of this incident and is an officer and employee of the United States Government, and more specifically, a civilian employee of the United States Army, whose responsibilities include protecting military installations, including Arlington National Cemetery, as well as enforcing criminal laws and conducting arrests for criminal violations.

12.    United States Park Police Officer Jonathan Eells and other officers identified GAYETAYE as the same individual that was arrested at Arlington House by United States Park Police on July 13, 2026.

## CONCLUSION

1.      Based on the foregoing, I submit that there is probable cause to believe that on or about July 14, 2026, at Arlington House in Arlington National Cemetery, in the Eastern District of Virginia, GAYETAYE violated 18 U.S.C. § 111(a) and (b), for assaulting, resisting, or impeding federal law enforcement officers and causing physical contact and bodily injury to at least one of those officers,[1] who was engaged in and on account of the performance of his duties.

Respectfully submitted,

Calvin Nguyen
United States Park Police Officer
United States Department of Interior

Respectfully submitted and attested to in
accordance with the requirements of Fed. R.
Crim. P. 4.1 by telephone on July 14, 2026.

The Honorable William E. Fitzpatrick
United States Magistrate Judge
Alexandria, Virginia

---

[1] The investigation into the conduct as it relates to other officers, aside from Victim-1, is ongoing. Multiple officers, including your affiant, may have sustained injuries from GAYETAYE's conduct. Your affiant sustained scratches to my hands and wrist area.

5